In the Matter of the Application of the BOARD OF STREET
OPENING AND IMPROVEMENT OF THE CITY OF NEW YORK
Relative to Acquiring Title to Edgecombe Road.

In the Matter of the Lien of JAMES A. DEERING, Respondent,
upon an Award Made to LILLIE J. EARLE, Appellant.

*Matter of City of New York (Edgecombe Road),* 128 App. Div. 432,
affirmed.
(Argued January 5, 1909; decided January 19, 1909.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
November 13, 1908, which modified and affirmed as modified
an order of Special Term determining the amount of an
attorney's lien.

*W. B. Symmes, Jr.,* for appellant.

*John C. Shaw* and *James A. Deering* for respondent.

Order affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., EDWARD T. BARTLETT, VANN,
WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.